# United States Court of Appeals for the Federal Circuit

E R R A T A

March 29, 2006

Appeal No. 04-1616, In Re Kahn

Precedential Opinion

Decided:  March 22, 2006

Page 18, footnote 4, "Spinnoble" should be spelled "Sponnoble."